IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENYOCK WRIGHT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-5589 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this\_\_\_29th\_\_ day of March, 2016, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 16) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: